UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 04-22476-CIV-UNGARO-BENAGES/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL LUBIN,
    Defendant.
_____/

**ORDER**

THIS MATTER came before the Court on the Plaintiff's Motion to Compel (DE # 35, 2/23/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff's Motion to Compel (DE # 35, 2/23/07) on or before April 6, 2007. The failure to file a response may result in an order that the Plaintiff's Motion to Compel (DE # 35, 2/23/07) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 23rd day of March, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro-Benages
All Counsel of Record

Sent by Chambers to:
Michael Lubin,
12865 West Dixie Highway, 2nd Floor
North Miami, FL 33161