UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 04-22476-CIV-UNGARO-BENAGES/O'SULLIVAN

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

MICHAEL LUBIN,
                    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff's Motion to Compel (DE # 35, 2/23/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, on March 23, 2007, the undersigned entered an Order (DE # 37) requiring the defendant to respond to the Plaintiff's Motion to Compel (DE # 35, 2/23/07), on or before April 6, 2007.  The defendant was warned that the failure to file a response may result in an order granting the Plaintiff's Motion to Compel (DE # 35, 2/23/07) in its entirety.  As of the date of this Order no response to the Plaintiff's Motion to Compel (DE # 35, 2/23/07) has been filed with the Court.  Accordingly, it is

ORDERED AND ADJUDGED that  the Plaintiff's Motion to Compel (DE # 35, 2/23/07) is GRANTED.  The defendant shall appear at the next duly scheduled deposition.

DONE and ORDERED, in chambers, in Miami, Florida, this 23rd day of April, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro
All Counsel of Record

Sent by Chambers to:
Michael Lubin,
12865 West Dixie Highway, 2nd Floor
North Miami, FL 33161