UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-22476-CIV-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL LUBIN,

      Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the plaintiff's Motion for Installment Payment Order (DE # 39, 11/30/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C) (emphasis added).

Having received no response from the defendant, and a response having been due on December 17, 2007, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the plaintiff's Motion for Installment Payment Order (DE # 39, 11/30/07) on or before **Wednesday, January 2, 2008**. The failure to file a response may result in a recommendation that the plaintiff's Motion for Installment Payment Order (DE # 39, 11/30/07) be granted in its entirety and that the defendant be required to pay the plaintiff

$50.00 per month until the outstanding judgment debt is satisfied.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **18th** day of December, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Ungaro
All Counsel of Record

Sent by Chambers to:

Michael Lubin,
1102 NE 118 Street
Biscayne Park, FL 33161